# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3207

_____

United States of America,          *
                                        *

          Appellee,          *

                                        *   Appeal from the United States
    v.                           *   District Court for the
                                        *   Eastern District of Arkansas.
Claudis Darnell Alexander, Jr.,   *     [UNPUBLISHED]
                                        *

          Appellant.        *

_____

Submitted:  March 22, 2002

Filed:  March 27, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Claudis Darnell Alexander, Jr., appeals from a 3-year extension of his supervised release, which the district court imposed after Alexander already had served 3 years of supervised release following a bank fraud conviction.

We reject Alexander's contention that the court abused its discretion by premising the extension on his inability to pay restitution as ordered. See 18 U.S.C. § 3583(e)(2) (authorizing court to extend supervised release when "less than the maximum authorized term was previously imposed"); United States v. Grimes, 54 F.3d 489, 492 (8th Cir. 1995) (standard of review).

We remand, however, for the limited purpose of setting a supervised release term within the 5-year range permitted by statute. <u>See</u> 18 U.S.C. § 1344 (authorizing not more than 30 years' imprisonment for bank fraud); 18 U.S.C. § 3559(a)(2) (Class B felony is offense for which maximum term of imprisonment is 25 years or more); 18 U.S.C. § 3583(b)(1) (Class B felons cannot receive more than 5 years' supervised release); <u>United States v. Fuentes-Mendoza</u>, 56 F.3d 1113, 1115 (9th Cir. 1995) (reading § 3583(e)(2) to mean that defendant's supervised release term can be extended only up to maximum originally allowable term), <u>cert. denied</u>, 516 U.S. 925 (1995).

The judgment of the district court is vacated, and the case is remanded with instructions to reduce Alexander's extension term to no more than 2 years. In all other respects, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.